UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| RICHARD NEIBERGER, MARY NEIBERGER, ERIC NEIBERGER, AMI NEIBERGER, ROBERT NEIBERGER, AND THE ESTATE OF CHRISTOPHER T. NERBERGER, KATHLEEN STEPHENS, TRENT STEPHENS, DEREK STEPHENS, RHETT STEPHENS, SUMMER STEPHENS, BRITTANI HOBSON, LESLIE KAY HARDCASTLE, J.R., BY AND THROUGH HIS NEXT FRIEND LESLIE KAY HARDCASTLE, JAMES REEVES, W. JEAN REEVES, JARED REEVES, SHERRI C. HOILMAN, JONI REEVES, THE ESTATE OF JOSHUA REEVES, AYLA M. DAVIS, E.D., BY AND THROUGH HER NEXT FRIEND AYLA M. DAVIS, GUY L. DAVIS, TERESITA R. DAVIS, AND CHRISTOPHER J. DAVIS, <br><br>    Plaintiffs, <br><br>    v. <br><br> DEUTSCHE BANK AG, <br><br>    Defendant. | **CASE NO. 1:18-CV-00254-MW-GRJ** |

**STIPULATION AND REQUEST TO TRANSFER VENUE TO THE
SOUTHERN DISTRICT OF NEW YORK**

Pursuant to 28 U.S.C. § 1404, the parties hereby stipulate and consent to venue in the Southern District of New York and respectfully request the Court to issue an order transferring this case to the same.

1

Dated:        March 22, 2019

| | |
|---|---|
| */s/ Daniel H. Charest* | */s/ David M. Zionts* |
| Daniel H. Charest | Laena St-Jules |
| LeElle Slifer | John E. Hall |
| Darren P. Nicholson | Mark P. Gimbel |
| Spencer M. Cox | **COVINGTON & BURLING LLP** |
| Kyle Oxford | The New York Times Building |
| **BURNS CHAREST LLP** | 620 Eighth Avenue |
| 900 Jackson Street, Suite 500 | New York, New York 10018 |
| Dallas, TX 75202 | Telephone: (212) 841-1000 |
| Telephone: (469) 904-4550 | Facsimile: (212) 841-1010 |
| Facsimile: (469) 444-5002 | lstjules@cov.com |
| dcharest@burncharest.com | jhall@cov.com |
| lslifer@burnscharest.com | mgimbel@cov.com |
| dnicholson@burnscharest.com | |
| scox@burnscharest.com | |
| koxford@burnscharest.com | Lorence John Bielby |
| | Florida Bar No. 393517 |
| David W. Adams | **GREENBERG TRAURIG, P.A.** |
| Florida Bar No. 892416 | 101 East College Avenue |
| Zachary J. Glaser | Post Office Drawer 1838 |
| Florida Bar No. 048059 | Tallahassee, Florida 32301 |
| **BENNETT, JACOBS & ADAMS, P.A.,** | Telephone: (850) 222-6891 |
| PO Box 3300 | Facsimile (850) 681-0207 |
| Tampa, Florida 33601 | bielbyl@gtlaw.com |
| Telephone: (813) 272-1400 | hoffmanm@gtlaw.com |
| Facsimile: (866) 844-4703 | flservice@gtlaw.com |
| dadams@bja-law.com | |
| zglaser@bja-law.com | David M. Zionts |
| sbrant@bja-law.com | **COVINGTON & BURLING LLP** |
| | One CityCenter |
| Attorneys for Plaintiffs | 850 Tenth Street, NW |
| | Washington, DC 20001 |
| | Telephone: (202) 662-6000 |
| | Facsimile: (202) 662-6291 |
| | dzionts@cov.com |
| | |
| | Attorneys for Defendant Deutche Bank AG |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day, March 22, 2019, to all counsel of record, via the Court's ECF system.

*/s/ Darren. P. Nicholson*
Darren P. Nicholson
