| | |
|---|---|
| **From:** | Blair Patton on behalf of InterDistrictTransfer |
| **To:** | Kelli Malu |
| **Subject:** | FW: Transferred case has been opened |
| **Date:** | Thursday, April 04, 2019 2:27:43 PM |

FYI -
\

Blair K. Patton
Resident Deputy-in-Charge
United States District Court - Northern District of Florida
Gainesville Division
401 SE 1st Avenue
Gainesville, FL 32601
(352) 380-2401 Office
(352) 642-6673 Cell
(352) 380-2424 Fax

-----Original Message-----
From: NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
Sent: Thursday, April 04, 2019 1:48 PM
To: InterDistrictTransfer <InterDistrictTransfer_FLND@flnd.uscourts.gov>
Subject: Transferred case has been opened


CASE: 1:18-cv-00254

DETAILS: Case transferred from Florida Northern has been opened in Southern District of New York as case 1:19-cv-03005, filed 04/04/2019.